UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HERBERT L. NEARHOOD,

    Plaintiff,

vs.

MATTHEW R. VOSS, et al.,

    Defendants.

Case No. 25-cv-12793
Hon. Matthew F. Leitman

_____/

| | |
|---|---|
| SAM BERNSTEIN LAW<br>By: JOSEPH J. CEGLAREK II (P56791)<br>WAFA G. BERRY (P87986)<br>Attorneys for Plaintiff<br>31440 Northwestern Highway, Suite 333<br>Farmington Hills, MI 48334<br>(248) 538-5131/Secretary: (248) 538-5938<br>Fax (248) 785-6008<br>jceglarek@sambernstein.com<br>wberry@sambernstein.com<br>pferus@sambernstein.com (Secretary)<br>abarnett@sambernstein.com (Legal Asst). | TIMOTHY S. GROUSTRA (P48966)<br>KERRY LYNN RHOADS (P55679)<br>DICKIE, MCCAMEY & CHILCOTE, P.C.<br>Attorneys for Def. Dream Catcher Coaches, LTD<br>120 Kercheval Avenue, Suite 200<br>Grosse Pointe Farms, MI 48236<br>(313) 308-2034 / Fax (888) 811-7144<br>tgroustra@dmclaw.com<br>krhoads@dmclawc.com |

_____/

## ORDER ALLOWING EXTENSION OF SUMMONSES AS TO DEFENDANTS TIMOTHY C. KING AND B-BAG TRUCKING

    This matter having been reviewed by the Court pursuant to Plaintiff's Motion to Extend Summonses as to Defendants Timothy C. King and B-Bag Trucking, and the Court being duly advised in the premises;

1

**IT IS HEREBY ORDERED** that the Summonses issued on September 8, 2025, for Defendants, Timothy C. King and B-Bag Trucking, LLC., is extended for an additional 60 days to allow Plaintiff to continue their good faith efforts to serve the Defendants.

**IT IS FURTHER ORDERED** that Plaintiff shall serve the original summons, the Complaint and a copy of this Order on each Defendants when making service.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
